## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOVEREIGN LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>SULEMAN IDDRISSU, *et al.*,<br><br>    *Defendants*. | Civil Action No. 22-3376 (RDM) |

## **ORDER**

WHEREAS Defendants Suleman Iddrissu and The Ibun Group, LLC have failed to plead or otherwise defend in this action; WHEREAS defaults having heretofore been entered against each defendant; WHEREAS Plaintiff has moved for the entry of default judgment and has supported that motion with an affidavit establishing that Defendants are jointly and severally indebted to Plaintiff in the sum of $276,615.81 plus interest from the date of judgment as provided by statute, together with the costs of this action; WHEREAS Defendants have both been defaulted for failure to appear pursuant to Fed. R. Civ. P. 55(a); and WHEREAS Plaintiff's claim is for a sum certain or for a sum which can by computation be made certain;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff Sovereign LLC shall recover from Defendants Suleman Iddrissu and The Ibun Group, LLC, jointly and severally, the sum of $276,615.81, plus interest from the date of judgment as provided by statute, together with the costs of this action until the entire amount is paid.

This judgment is entered by the Court at the request of Plaintiff and upon affidavit

2

showing that said amount is due, in accordance with Fed. R. Civ. P. 55(b)(2).  This order shall constitute the final judgment in this matter for purposes of Fed. R. Civ. P. 58.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  April 5, 2023