UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOVEREIGN LLC,

    Plaintiff,

v.

SULEMAN IDDRISSU
and THE IBUN GROUP, LLC,

    Defendants.

Case No. 1:22-cv-03376
Hon. Randolph D. Moss

---

Adam D. Grant (MI0099)
Dickinson Wright PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
(313) 223-3500
agrant@dickinson-wright.com
*Attorneys for Plaintiff*

---

## ORDER TO EXECUTE ON AND ENFORCE DEFAULT JUDGMENT IMMEDIATELY, FOR EX PARTE POST-JUDGMENT DISCOVERY OF THIRD-PARTIES, FOR ISSUANCE OF A WRIT OF FIERI FACIAS AND FOR ALTERNATE SERVICE

Having considered the ex parte motion filed by Plaintiff Sovereign LLC ("Sovereign" or "Plaintiff") (1) seeking leave of the Court to execute on and enforce the default judgment immediately, (2) seeking leave of the Court to conduct *ex parte* post-judgment discovery of third-parties, (3) for the issuance of a writ of attachment on judgment, and (4) to be granted use of alternate service of process methods the Court GRANTS Sovereign's motion. Sovereign has argued, and the Court believes that it is reasonably likely that unless restrained by Order of this Court, Defendants Suleman Iddrissu and The Ibun Group, LLC ("Defendants") may dissipate and conceal assets which would be used to pay the judgment owed in this case, and that entry of this Order is in the public interest. In consideration of the foregoing:

**IT IS HEREBY ORDERED** that:

A.  Pursuant to Fed. R. Civ. P. 62(a) the Court relieves Sovereign of the 30-day stay of its ability to execute upon the Judgment. Sovereign may immediately execute on and enforce the Court's April 5, 2023 default judgment.

B.  Pursuant to Fed. R. Civ. P. 5(a)(1)(C) the Court orders that Sovereign is not required to serve Defendants with its post-judgment discovery of third-parties.

C.  The Court issues the enclosed Writ of Attachment on Judgment.

D.  Bank of America shall receive actual notice of this Order and enclosed Writ of Attachment on Judgment by personal service or otherwise, including via facsimile or email transmission, or overnight delivery service, and shall hold all assets of Defendant The Ibun Group's Washington, D.C. Bank of America account numbered 004666632928, in whatever form such assets may presently exist and wherever located, and retain within Bank of America's control and prohibit the withdrawal, removal, sale, payment (including, but not limited to, any charges on any credit card or draws on any other credit arrangement), transfer, dissipation, assignment, pledge, alienation, encumbrance, diminution in value, or other disposal of any such funds or other assets; and that such funds and assets are hereby frozen.

**IT IS HEREBY FURTHER ORDERED** that service of this Order, and all other filings in this case, may be made by facsimile, mail, overnight mail, e-mail, delivery by commercial courier, or personally by any employee of Sovereign who is not counsel of record in this matter, or special process server, or any other person, or in any other manner authorized by Rule 5 of the Federal Rules of Civil Procedure and specifically that service may be made on Suleman Iddrissu to his known e-mail address and to his last known address in the District of Columbia, where his

wife is believed to currently reside, or by publication.

**SO ORDERED.**

_____
United States District Judge

Dated: April 26, 2023